IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of<br><br>SMITH, RONALD T.<br>SMITH, JACQUELINE,<br><br>Debtor. | Case No. 06-31630<br>Chapter 7 |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

| | |
|---|---|
| Starke Memorial Hospital<br>Principal Knox<br>P.O. Box 339<br>Knox, IN 46534 | $173.86 |

Dated: June 28, 2010

Respectfully submitted,

/s/Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 South Michigan Street
Post Office Box 4577
South Bend, Indiana 46634
Telephone:  (574) 233-1194
Facsimile:  (574) 233-8957
Email:       jsh@jonesobenchain.com

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June 2010, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| David A. Brooks | United States Trustee |
| Valpolaw1@yahoo.com | ustpregion10.so.ecf@usdoj.gov |

 /s/ Jacqueline Sells Homann
Jacqueline Sells Homann